NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**In re: PATENT QUALITY ASSURANCE LLC,**
*Petitioner*

2023-118

On Petition for Writ of Mandamus to the United States Patent and Trademark Office in No. IPR2021-01229.

**ON PETITION**

PER CURIAM.

**O R D E R**

Patent Quality Assurance LLC ("PQA") submits a petition for a writ of mandamus to vacate the orders of the Director of the United States Patent and Trademark Office dismissing PQA as a party in this inter partes review and staying the proceedings. PQA also asks to "immediately stay the underlying Director review." Pet. at 1.

Upon consideration thereof,

IT IS ORDERED THAT:

The Director and VLSI Technology LLC are directed to respond to the petition no later than seven days from the date of filing of this order. Any reply in support of the

petition is due no later than three days from the date of filing of the last-filed response.

FOR THE COURT

<u>January 25, 2023</u>  /s/ Peter R. Marksteiner
Date  Peter R. Marksteiner
Clerk of Court