No. 2023-118

# IN THE
# UNITED STATES COURT OF APPEALS FOR
# THE FEDERAL CIRCUIT

## In re: PATENT QUALITY ASSURANCE LLC,
*Petitioner*

ON PETITION FOR A WRIT OF MANDAMUS TO THE
DIRECTOR OF THE UNITED STATES PATENT AND
TRADEMARK OFFICE IN CASE NO. IPR2021-01229

## VLSI TECHNOLOGY LLC'S OPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION

Nathan Nobu Lowenstein
Kenneth Weatherwax
Colette Woo
LOWENSTEIN & WEATHERWAX LLP
1016 Pico Blvd.
Santa Monica, CA 90405
Telephone:  (310) 307-4500
Facsimile:  (310) 307-4509

Alan J. Heinrich
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone:  (310) 277-1010
Facsimile:  (310) 203-7199

*Counsel for Respondent*
*VLSI Technology LLC*

January 26, 2023

# <u>CERTIFICATE OF INTEREST</u>

Counsel for Respondent VLSI Technology LLC, certifies the following:

**1.    The full name of every party or amicus represented by me is:**

VLSI Technology LLC

**2.    The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:**

None

**3.    All parent corporations and publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:**

CF VLSI Holding LLC

**4.    The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (and who have not or will not enter an appearance in this case) are:**

Babak Redjaian, Dominik Slusarczyk, IRELL & MANELLA LLP

Bridget Smith*, Flavio Rose*, Edward Hsieh, Parham Hendifar, Patrick Maloney*, Jason C. Linger*, LOWENSTEIN & WEATHERWAX LLP (*no longer with firm)

**5.    The title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal are:**

*Patent Quality Assurance LLC v. VLSI Tech. LLC*, IPR2021-01229 (PTAB)

**6.    Organizational Victims and Bankruptcy Cases. Information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).**

None.

Dated: January 26, 2023          */s/ Nathan Lowenstein*
                                      Nathan Lowenstein

Respondent VLSI Technology LLC ("VLSI") respectfully moves under Federal Rule of Appellate Procedure 26 and Federal Circuit Rule 26 for a 21-day extension of time to file VLSI's response to Petitioner's petition for writ of mandamus, which would move its due date from February 1, 2023 to February 22, 2023.  The Director of the United States Patent and Trademark Office has requested an identical extension of time.  ECF No. 7.  VLSI has not previously sought or obtained an extension in this appeal.  This motion is being filed less than seven days before VLSI's response is due.  Therefore, a declaration pursuant to Federal Circuit Rule 26(b)(1) is attached to this motion.

VLSI submits there is good cause for the extension, as described in the attached declaration of its counsel, Mr. Nathan Lowenstein, due to several deadlines that counsel has in other matters in the same timeframe as the briefing in this case. *See* Lowenstein Decl., ¶ 2.  Additional time is needed to ensure proper preparation of VLSI's response.  Further, the Director has also requested a 21-day extension for the Director's brief.  *See* ECF No. 7.  Allowing VLSI the same extension would promote efficiency by having the respondents' briefs due the same day.

Counsel for Petitioner has indicated that they oppose this motion and will file a response.  Counsel for the Director has indicated that they do not oppose this motion and will not file a response.

VLSI respectfully requests the Court grant its motion and set the deadline for its Opening Brief to be February 22, 2023.

Dated: January 26, 2023                Respectfully submitted,

                                        _/s/ Nathan Lowenstein_____
                                        Nathan Lowenstein
                                        LOWENSTEIN & WEATHERWAX LLP
                                        1016 Pico Blvd.
                                        Santa Monica, CA 90405
                                        Tel.:  (310) 307-4500
                                        Fax:  (310) 307-4509
                                        *Counsel for Respondent*
                                        *VLSI Technology LLC*

## CERTIFICATE OF SERVICE AND FILING

I certify that I electronically filed the foregoing document using the Court's CM/ECF filing system on January 26, 2023. Counsel was served via CM/ECF on January 26, 2023.

Dated: January 26, 2023

_/s/ Nathan Lowenstein_
Nathan Lowenstein
LOWENSTEIN & WEATHERWAX LLP
1016 Pico Blvd.
Santa Monica, CA 90405
Tel.:  (310) 307-4500
Fax:  (310) 307-4509
*Counsel for Respondent*
*VLSI Technology LLC*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 27(d) and 32(g), the undersigned hereby certifies that this motion complies with the type-volume limitation of Circuit Rule 27(d).

1.      Exclusive of the accompanying documents as authorized by Fed. R. App. P. 27(a)(2)(B) and the exempted portions of the motion as provided by Fed. R. App. P. 27(d)(2) and 32(f), the motion contains 256 words.

2.      The motion has been prepared in proportionally spaced typeface using Microsoft Word 2010 in 14 point Times New Roman font as provided by Fed. R. App. P. 32(a)(5)-(6). As permitted by Fed. R. App. P. 32(g), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.


Dated: January 26, 2023                    */s/ Nathan Lowenstein*
                                           Nathan Lowenstein
                                           LOWENSTEIN & WEATHERWAX LLP
                                           1016 Pico Blvd.
                                           Santa Monica, CA 90405
                                           Tel.:  (310) 307-4500
                                           Fax:  (310) 307-4509
                                           *Counsel for Respondent*
                                           *VLSI Technology LLC*