No. 2023-118

# IN THE
# UNITED STATES COURT OF APPEALS FOR
# THE FEDERAL CIRCUIT

**In re: PATENT QUALITY ASSURANCE LLC,**
*Petitioner*

ON PETITION FOR A WRIT OF MANDAMUS TO THE
DIRECTOR OF THE UNITED STATES PATENT AND
TRADEMARK OFFICE IN CASE NO. IPR2021-01229

**DECLARATION OF NATHAN LOWENSTEIN IN SUPPORT OF
VLSI TECHNOLOGY LLC'S OPPOSED MOTION FOR EXTENSION
OF TIME TO FILE RESPONSE TO PETITION**

Nathan Nobu Lowenstein
Kenneth Weatherwax
Colette Woo
LOWENSTEIN & WEATHERWAX LLP
1016 Pico Blvd.
Santa Monica, CA 90405
Telephone:  (310) 307-4500
Facsimile:  (310) 307-4509

Alan J. Heinrich
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone:  (310) 277-1010
Facsimile:  (310) 203-7199

*Counsel for Respondent
VLSI Technology LLC*

January 26, 2023

I, Nathan Lowenstein, declare as follows:

1. I am an attorney duly licensed and admitted to practice before this Court and a partner in the law firm of Lowenstein & Weatherwax LLP. I am lead counsel for VLSI Technology LLC ("VLSI") in the above-captioned case and will be the principal drafter of its opening brief. I have personal knowledge of the facts in this declaration, and if called and sworn as a witness, could testify competently to them. I make this declaration in support of VLSI Technology LLC's Opposed Motion For Extension Of Time To File Response To Petition.

2. Good Cause: There is good cause for this extension of time. On January 25, 2023, the Court issued an Order directing VLSI to respond to the petition no later than seven days from the filing of the Order. Under the current schedule, VLSI's response is due February 1, 2023. I have several professional commitments, including those set forth below, that have interfered or will interfere with my ability to properly prepare the response by the current due date:

- *Apple Inc. et al. v. Smart Mobile Technologies LLC*, IPR2022-00807 (PTAB) (deposition currently scheduled February 3, 2023, Response due February 17, 2023);

- *Edwards Lifesciences Corp. et al. v. Aortic Innovations, LLC*, IPR2022-00556 (PTAB) (deposition currently scheduled February 8, 2023);

- *Patent Quality Assurance LLC et al. v. VLSI Technology LLC*, IPR2021-01229 (PTAB) (Director Ordered Paper Showing Cause For Attorneys' Fees due February 21, 2023).

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 26th day of January 2023, in Los Angeles, California.

>Respectfully submitted,
>
> /s/ Nathan Lowenstein
>Nathan Lowenstein
>LOWENSTEIN & WEATHERWAX LLP
>1016 Pico Blvd.
>Santa Monica, CA 90405
>Tel.: (310) 307-4500
>Fax: (310) 307-4509
>*Counsel for Respondent*
>*VLSI Technology LLC*

# **CERTIFICATE OF SERVICE AND FILING**

I certify that I electronically filed the foregoing document using the Court's CM/ECF filing system on January 26, 2023. Counsel was served via CM/ECF on January 26, 2023.

Dated: January 26, 2023

    */s/ Nathan Lowenstein*
Nathan Lowenstein
LOWENSTEIN & WEATHERWAX LLP
1016 Pico Blvd.
Santa Monica, CA 90405
Tel.: (310) 307-4500
Fax: (310) 307-4509
*Counsel for Respondent*
*VLSI Technology LLC*