NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**In re: PATENT QUALITY ASSURANCE LLC,**
*Petitioner*

2023-118

On Petition for Writ of Mandamus to the United States Patent and Trademark Office in No. IPR2021-01229.

**ON PETITION AND MOTION**

Per Curiam.

**O R D E R**

The Director of the United States Patent and Trademark Office and VLSI Technology LLC move separately to extend by 21 days, to February 22, 2023, the time to respond to Patent Quality Assurance LLC's petition for a writ of mandamus. Patent Quality Assurance opposes the motions.

Upon consideration thereof,

It Is Ordered That:

The motions for an extension of time are granted. The Director's and VLSI's responses to Patent Quality Assurance's petition are due no later than February 22, 2023.

Any reply in support of the petition is due no later than February 27, 2023.

                                                     FOR THE COURT

January 30, 2023           /s/ Peter R. Marksteiner
     Date                    Peter R. Marksteiner
                            Clerk of Court