No. 2023-118

# United States Court of Appeals for the Federal Circuit

In Re

PATENT QUALITY ASSURANCE LLC,

*Petitioner.*

*On Petition for a Writ of Mandamus to the Director of the United States Patent and Trademark Office in Case No. IPR2021-01229.*

**PETITIONER PATENT QUALITY ASSURANCE'S MOTION TO DISMISS WRIT OF MANDAMUS PURSUANT TO FED. R. APP. P. 42(b)**

Brian C. Banner
    *Principal Attorney*
Truman H. Fenton
SLAYDEN GRUBERT BEARD PLLC
401 Congress Avenue, Suite 1650
Austin, TX  78701
(512) 402-3552

Appellant Patent Quality Assurance LLP ("PQA") moves to dismiss its Petition for Writ of Mandamus filed on January 24, 2023. Subsequent to the filing the Petition, the Director of the United States Patent and Trademark Office ("Director") reinstituted PQA as a party to IPR 2021-01229 ("IPR"), lifted the stay of the IPR, and stated the Director was not blocking the Board from issuing a Final Written Decision in the IPR. Appx285 (reinstating PQA and lifting stay); Appx292 (confirming final written decision may issue "notwithstanding the submission of further briefing on the issues by PQA and VLSI"). Although the Director's post-filing actions do not correct all of the Director's unlawful actions, the remaining issues can be addressed in subsequent proceedings. Thus, PQA moves to dismiss the writ of mandamus.

PQA reserves its right to address the Director's unlawful actions including, but not limited to, ordering discovery absent any authorizing statute or regulation, making adverse inferences against PQA for non-compliance with that ultra-vires discovery order, sanctioning PQA based on an after-the-fact standard created by the Director for what constitutes an abuse of process, unlawfully taking control of an IPR proceeding, and performing an review of institution beyond a reasonable timeframe allowed by law. PQA further reserves its right to seek mandamus or other relief if the Board does not issue a Final Written Decision within the time specified by the governing statutes and regulations, or any further unlawful conduct.

PQA also notes VLSI submitted a brief in this matter that repeatedly misrepresents the record to wrongly portray PQA and distracts from VLSI's wrongful conduct in the IPR. PQA reserves the right to correct those misrepresentations and respond to VLSI's other incorrect arguments in any future filings or proceedings.

Accordingly, pursuant to Fed. R. App. P. 42(b)(2), PQA respectfully requests that this Court dismiss the above-captioned Petition for Writ of Mandamus (Case No. 2023-118) with the following terms: PQA bears costs and each Party bears its own fees.

PQA contacted counsel for the government; the government does not agree with PQA's characterization of the Director's actions, but does not oppose the motion to dismiss the petition and to bear its own costs and fees.

PQA contacted counsel for VLSI and VLSI does not agree to the terms of the dismissal and asked for the following statement to be included here: "VLSI does not oppose PQA's dismissal but respectfully submits that PQA should be ordered to pay VLSI's fees and costs."

Dated: February 27, 2023							Respectfully submitted,

/s/ *Truman H. Fenton*

Brian C. Banner
    *Principal Attorney*
Truman H. Fenton
SLAYDEN, GRUBERT, BEARD PLLC
401 Congress Avenue, Suite 1650
Austin, TX  78701
(512) 502-3552
*Counsel for Petitioner*

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2023, an electronic copy of the foregoing MOTION was filed with the Clerk of Court for the U.S. Court of Appeals for the Federal Circuit, using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

Dated: February 27, 2023         Respectfully submitted,

                                 /s/ *Truman H. Fenton*

                                 *Counsel for Petitioner*

# **CERTIFICATE OF COMPLIANCE**

I certify pursuant to Fed. R. App. P. 32(g) that the foregoing MOTION complies with the type-volume limitation of Fed. R. App. P. 27(d), because it contains 407 words as calculated using the Word software program.

Dated: February 27, 2023          Respectfully submitted,

                                  /s/ *Truman H. Fenton*

                                  *Counsel for Petitioner*